1  Gerald A. Marks (*Pro Hac Vice*)
      jerry@marksklein.com
2  Evan M. Goldman (*Pro Hac Vice*)
      evan@marksklein.com
3  **MARKS & KLEIN, LLP**
   63 Riverside Avenue
4  Red Bank, New Jersey 07701
   Telephone: (732) 747-7100
5  Facsimile: (732) 219-0625

6  Eric Schindler (CA Bar No. 141386)
      eric@schindlerlaw.net
7  **SCHINDLER LAW GROUP**
   20321 SW Birch Street, Suite 200
8  Newport Beach, California 92660
   Telephone: (949) 387-0495
9  Facsimile: 888-588-0034

10 Attorneys for Plaintiffs FOAGLA, Inc., et al.

11
12              UNITED STATES DISTRICT COURT
13       CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| **FOAGLA, INC.,** a California corporation, on behalf of itself and the Bakersfield FOA, the Central California FOA, Inc., the Central Valley FOA, the Greater Bay FOA, the Joe Saraceno FOA, the Northern California FOA, the San Diego FOA, the Sacramento Valley FOA, the Sierra FOA, Cal-Nev FOA, Inc., San Francisco-Monterrey Bay FOA, 7-Eleven Franchise Owners Association, Inc., Jas Dhillon, an individual, Gurtar Sandhu, an individual, Serge Haitayan, an individual, Adnan Khan, an individual, Tarlochan Rangi, an individual, and John Does 1-1000 who are similarly situated California individual 7-Eleven franchise owners,<br><br>Plaintiffs,<br>v.<br>**7-ELEVEN, INC.**, a Texas corporation,<br>Defendant. | Case No.: 5:14-cv-01432-JGB (SPx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

1

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs, FOAGLA, INC., a California corporation, on behalf of itself and the Bakersfield FOA, the Central California FOA, Inc., the Central Valley FOA, the Greater Bay FOA, the Joe Saraceno FOA, the Northern California FOA, the San Diego FOA, the Sacramento Valley FOA, the Sierra FOA, Cal-Nev FOA, Inc., San Francisco-Monterrey Bay FOA, 7-Eleven Franchise Owners Association, Inc., Jas Dhillon, an individual, Gurtar Sandhu, an individual, Serge Haitayan, an individual, Adnan Khan, an individual, Tarlochan Rangi, an individual, and John Does 1-1000 who are similarly situated California individual 7-Eleven franchise owners (collectively, "Plaintiffs"), hereby give notice that the above-captioned action is voluntarily dismissed, **without prejudice**, against Defendant 7-Eleven, Inc.

Dated: March 10, 2015          By:   */s/ Eric J. Schindler*
                                     Eric J. Schindler
                                     Schindler Law Group
                                     20321 SW Birch Street, Suite 200
                                     Newport Beach, California 92660
                                     Phone: 949-387-0495
                                     Fax: 888-588-0034
                                     Email: *eric@schindlerlaw.net*

                                     Gerald A. Marks (*Pro Hac Vice*)
                                     Evan M. Goldman (*Pro Hac Vice*)
                                     Marks & Klein, LLP
                                     63 Riverside Avenue
                                     Red Bank, New Jersey 07701
                                     Phone: 732-747-7100
                                     Fax: 732-219-0625
                                     Email: *jerry@marksklein.com*
                                     Email: *evan@marksklein.com*

                                     Attorneys for Plaintiffs

Pursuant to CD CA L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

# Certificate of Service

I am employed in Orange County, California. I am over the age of 18 and not a party to this action; my business address is 20321 SW Birch St., Suite 200, Newport Beach, California 92660; phone: 949-387-0495; fax 888-588-0034; email: eric@schindlerlaw.net

I certify that on March 10, 2015, I served NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) on the following parties or counsel of record as follows:

John Lombardo
James F. Speyer
Arnold & Porter LLP                  ☒ Registered participant of ECF.
777 South Figueroa Street
Los Angeles, CA 90017-5844
Tel: 213-243-4000
Fax: 213-243-4199
Email *john.lombardo@aporter.com*
      *james.speyer@aporter.com*

☒ ECF/CM: I electronically filed an accurate copy using the Court's Electronic Court Filing ("ECF") System and service was completed by electronic means by transmittal of a Notice of Electronic Filing on the registered participants of the ECF System. I served those parties who are not registered participants of the ECF System as indicated below.

☐ I placed the ☐ original ☐ an accurate copy enclosed in sealed envelope(s) to the notification address(es) of record and delivered the envelope(s) by
   ☐ First-Class Mail   ☐ Overnight Delivery.

☐ By Email: I electronically transmitted an accurate copy to the notification email address(es) of record before close of business for the purpose of effecting service and the transmission was reported as complete and without error.

☐ Fax: Based on ☐ courtesy ☐ court order ☐ agreement of the parties, I caused a true copy thereof to be served by transmitting via facsimile machine faxed and accurate copy to the fax number(s) of record before close of business. The transmission was reported as complete, without error.

☐ Personal Delivery: I delivered ☐ the original ☐ an accurate copy by hand to the notification address(es) of record through an employee or independent contractor of a registered process service.

I declare under penalty of perjury under the laws of the Unites States of America and the State of California that the foregoing is true and correct. Executed at Newport Beach, California on January 16, 2015.

NAME: Eric J. Schindler         */s/ Eric J. Schindler*
                                (Signature)